# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ALEX STEVEN S. C., | Case No. 26-cv-827 (LMP/DTS) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| PAMELA BONDI, *Attorney General, United States Department of Justice*, KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*, | |
| Respondents. | |

This matter is before the Court on the parties' Stipulation for Dismissal of Habeas Petition Without Prejudice ("Stipulation"), ECF No. 8. Based on the parties' Stipulation, and on the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that all claims between the parties in this matter are **DISMISSED WITHOUT PREJUDICE**, without costs or disbursements to any party.

Dated: February 9, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge